**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | March 18, 2015 | Probation: | Nicole Peterson |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Marcela Salazar |
| E.C.R./Reporter: | Mary George | | |

Criminal Case No:  **14-cr-00344-WYD**         Counsel:

UNITED STATES OF AMERICA,                     Geoffrey Rieman

       Plaintiff,

v.

**1.  GABRIEL FAJARDO-MACIAS**,              David E. Johnson

       Defendant.

**SENTENCING**

**11:03 a.m.**   Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - December 10, 2014, at 2:30 p.m.
> Plea of Guilty - Count one of Indictment.**

    APPEARANCES OF COUNSEL.

    Interpreter sworn (Spanish).

    Court's opening remarks.

11:03 a.m.   Statement on behalf of Government (Mr. Rieman).

11:04 a.m.   Statement and argument on behalf of Defendant (Mr. Johnson).

11:26 a.m.   Statement and argument on behalf of Government (Mr. Rieman).

11:35 a.m.       Statement on behalf of Probation (Ms. Peterson).

11:37 a.m.       Statement by Defendant on his own behalf (Mr. Fajardo-Macias).

                 Court makes findings.

**ORDERED:**    Defendant's Motion for Downward Departure and/or Below-Guideline, Variance Sentence [ECF Doc. No. 26], filed March 4, 2015, is **GRANTED IN PART and DENIED IN PART.** The motion is **GRANTED** as to the unopposed request for 1-level variance in exchange for Mr. Fajardo's waiver of appellate rights and **DENIED in all other respects.**

**ORDERED:**    Defendant be **imprisoned** for **21** months.

**ORDERED:**    Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:**    **Conditions** of **Supervised Release** are:

(X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   Defendant shall not unlawfully possess a controlled substance.

(X)   The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5), because it is likely that the defendant will be deported.

(X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**    **Special Condition(s)** of **Supervised Release** are:

(X)   If the defendant is deported, he shall not thereafter reenter the United States illegally. If the defendant reenters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**     Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**     **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**     Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**     Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:52 a.m.**     Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :49**